FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 21 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>MCKEVIN MAURICE MCNEAL, )<br>a.k.a. "Lil Duke Daddy," )<br><br>Defendant. ) | 2:10-CR-621-KJD (GWF) |

### ORDER OF FORFEITURE

This Court found on June 21, 2011, that MCKEVIN MAURICE MCNEAL, a.k.a. "Lil Duke Daddy," shall pay a criminal forfeiture money judgment of $1,660.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 21, United States Code, Section 853(a)(1) and 853(p). Docket #18, #19, #20.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MCKEVIN MAURICE MCNEAL a.k.a. "Lil Duke Daddy," a criminal forfeiture money judgment in the amount of $1,660.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); and Title 21, United States Code, Section 853(a)(1) and 853(p).

DATED this 21 day of March , 2012.

_____
UNITED STATES DISTRICT JUDGE